IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEON BUCK SHARP,<br><br>Defendant. | CR 15-54-GF-BMM-JTJ<br><br>ORDER |

The United States Probation Office filed an Amended Petition on September 21, 2021, requesting that the Court revoke Defendant Leon Sharp's supervised release. (Doc. 54). The Court conducted a revocation hearing on September 21, 2021. Sharp admitted all of the alleged violations.

The Court stated that the sentencing portion of the hearing would be continued approximately 90 days. The Court stated that Sharp would be released from custody pending the sentencing hearing, subject to certain conditions.

Accordingly, IT IS HEREBY ORDERED:

1. The Court will conduct the sentencing portion of Sharp's revocation hearing at 1:30 p.m. on December 14, 2021, at the Missouri River Courthouse in Great Falls, Montana.

2. Sharp shall be released from custody pending his sentencing

hearing. Sharp must comply with the supervised release conditions imposed previously and the following new condition:

    a.    Sharp must serve the first 60 days of his release in home confinement. During this 60-day period, Sharp shall be restricted to his residence at all times except for activities pre-approved by his probation officer.

DATED this 22nd day of September, 2021.

                                                John Johnston
                                                United States Magistrate Judge